UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Lakisha L. Blue                                                       Docket No. 5:14-MJ-1246-1

**Petition for Action on Probation**

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lakisha L. Blue, who, upon an earlier plea of guilty to Simple Possession of Marijuana, in violation of 21 U.S.C. § 844(a), was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge on August 6, 2014, to a 12-month term of probation.

As a result of the defendant testing positive for marijuana and cocaine on August 11, 2014, a Violation Report was forwarded to the court. The court agreed to continue supervision to allow the defendant to participate in substance abuse treatment. On December 3, 2014, as a result of the defendant testing positive for cocaine on November 18, 2014, the court modified the conditions of probation to include 60 days of home detention.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On December 2, 2014, the defendant submitted a urine specimen which tested positive for cocaine. When confronted with the results, the defendant signed an admission of drug use. As a sanction for this conduct, and in an effort to deter future drug use, we would respectfully recommend that her probation be modified to include an additional 30 days of home detention. The defendant began the 60-day term of home detention on December 5, 2014. Furthermore, Blue will continue with substance abuse treatment and we will continue to monitor her drug use through the Surprise Urinalysis Program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for an additional 30-day period. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Lakisha L. Blue
Docket No. 5:14-MJ-1246-1
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence
Keith W. Lawrence
Senior U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2538
Executed On: December 10, 2014

### ORDER OF THE COURT

Considered and ordered this __11th__ day of ____December____, 2014 and ordered filed and made a part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge